**BLEAU FOX, PLC**
Thomas P. Bleau (Bar No. 152945)
Megan A. Childress (Bar No. 266926)
3575 Cahuenga Boulevard West, Suite 580
Los Angeles, CA 90068
Telephone: 323.874.8613
Facsimile: 323.874.1234
E-mail: bleaushark@aol.com
E-mail: mchildress@bleaufox.com
Attorneys for Plaintiff Joe Barnoy

JS 6

**ARCHER NORRIS**
Jeffrey M. Hamerling (Bar No. 91532)
jhamerling@archernorris.com
Alissa R. Pleau-Fuller (Bar No. 258907)
apleaufuller@archernorris.com
2033 North Main Street, Suite 800
Walnut Creek, CA 94596-3759
Telephone: 925.930.6600
Facsimile: 925.930.6620

Attorneys for Defendant
CIRCLE K STORES INC., a Texas corporation
(erroneously sued herein as Circle K Stores, Inc.)

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE BARNOY,<br><br>            Plaintiff,<br><br>v.<br><br>CIRCLE K STORES, INC., a Texas corporation, and DOES 1 through 10, Inclusive,<br><br>            Defendants. | Case No. CV12-08959 PA (JCx)<br><br>[~~PROPOSED~~] **ORDER GRANTING STIPULATION FOR DISMISSAL**<br><br>District Judge: Hon. Percy Anderson<br>Courtroom: 15<br><br>Complaint Filed: October 17, 2012<br>Trial Date: October 22, 2013<br>Pretrial Conf.: September 20, 2013 |

C0379011/1611054-1

[PROPOSED] ORDER GRANTING
STIPULATION FOR DISMISSAL
CASE NO. CV12-08959 PA (JCX)

Pursuant to the stipulation between the parties in the STIPULATION FOR DISMISSAL, the Court orders the following:

(1) Plaintiff Joe Barnoy's claims for relief and Complaint in this action are dismissed with prejudice;

(2) Circle K Stores Inc.'s claims for relief and its counterclaims against plaintiff Joe Barnoy ("Plaintiff") are dismissed without prejudice; and in the event escrow between the parties closes, Circle K's dismissal of Plaintiff shall be deemed to be with prejudice five days after escrow closes; and

(3) The Parties shall bear their own costs and attorneys' fees.

**IT IS SO ORDERED.**

Dated: July 25, 2013

_____
Honorable Percy Anderson
United States District Court Judge